# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JESSICA LYNN GRIECO,

       Petitioner,    :    Case No. 3:21-cv-193

  - vs -                    District Judge Thomas M. Rose
                                  Magistrate Judge Michael R. Merz

TERI BALDAUF, Warden,
  Ohio Reformatory for Women,

                                  :

       Respondent.

## NOTICE OF DEADLINE FOR REPLY

This habeas corpus case is before the Court on the filing of the State Court Record (ECF No. 26) and the Warden's Return of Writ (ECF No. 27).

When ordering an answer in this case, the Court provided that Petitioner's reply/traverse would be due twenty-one days after the Return was filed (ECF No. 9, PageID 176).  Because the Return and State Court Record were served on Petitioner by mail, she is entitled to an additional three days for her reply/traverse.

Accordingly, Petitioner is notified that he reply/traverse must be filed by October 14, 2021.

September 20, 2021.

                                                      s/ *Michael R. Merz*
                                                 United States Magistrate Judge