# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JESSICA LYNN GRIECO,

       Petitioner,    :    Case No. 3:21-cv-193

- vs -    District Judge Thomas M. Rose
    Magistrate Judge Michael R. Merz

TERI BALDAUF, Warden,
  Ohio Reformatory for Women,

       :
       Respondent.

## DISMISSAL ORDER

       This habeas corpus case is before the Court on Petitioner's Motion to Dismiss Habeas Corpus Case with Prejudice (ECF No. 41).  A habeas petitioner is entitled to dismiss with prejudice at any time.  Fed.R.Civ.P. 41(a)(2).  Accordingly the motion is GRANTED and the Clerk shall enter judgment dismissing the Petition with prejudice.

       This Order renders moot the Report and Recommendations (ECF No. 38) and Petitioner's Motion to Supplement (ECF No. 39), both of which the Clerk shall terminated.

November 29, 2021.

                                                      s/ *Michael R. Merz*
                                                  United States Magistrate Judge