Dear Federal Judge, 4/30/24

I am writing the Court today, to let the Court know that the harassment, threats, and abuse I'm experiencing in this prison, due to my Federal Court filings hasn't changed. I'm still threatened with a new felony on a daily basis it seems. I was just given another mandatory blood test for 2 medications I'm not even on. This test required a frozen blood sample be sent to the lab. I feel they did this, because they knew I was given Covid at CFS, and were trying to do exactly what they've been threatening to do. I've never been told why this unnecessary test was ordered, nor given any results. The doctor who ordered it is also no longer my doctor.

Due to the continued threats, and the danger they pose, I'm asking this Court to seal my Federal docket, unless I can be placed somewhere where I'll be safe. The prison and its State agents are not going to stop any other way. I've had 2 tests with high liver enzymes (inexplicably), numerous infirmary visits, weight loss, unusual vital results (unusually high/low blood pressure, etc.). I've had all of my legal paperwork confiscated, been deprived of meals, medication. I've been targeted with searches when I am trying to write to this Court, threatened

by a prison investigator (Jason Jones), threatened by various "White Shirts," Correctional Officers, etc. I've been targeted at CFS, and even at Commissary (with resealed food - I have pictures), by inmates. I can literally get no "safe food." Someone was kind enough to order me shoes, and they were given to me ruined (miscolored unevenly, etc). I tried to get shoes at the Quartermaster, and was given old smelly shoes; when other people from my cottage got new shoes that same day.

I haven't been able to get my teeth cleaned (Covid threats, pathogens in CFS food), or my hair cut in almost 3 years. I'm told to "heel," and am called a dog. I have been through hell. I'm constantly treated worse than other inmates, and told to "clean my mess up" etc. I'm finally breaking down, and asking this Court to seal my docket to stop the torture and torment. I've documented everything, and have pictures. Steven Ward has them, he can be contacted by mail at: 552 Ludwell Place West Carrollton OH 45449, if the Court wishes.

Sincerely,
Jessica L. Grieco
Jessica L. Grieco #102426

Please send any Copy/Response to the Prison Mail Processing Center at:

Jessica Grieco #102426
ODRC Mail Processing Center (OMPC)
884 Coitsville-Hubbard Rd,
Youngstown OH 44505

P.S. - I've also been threatened with a 2nd degree murder charge if I get my Involuntary Manslaughter case dropped, been threatened with a manufactured murder case, etc; if I don't get my Federal docket sealed.

Jessica Grieco #102426
1479 Collins Ave.
Marysville, OH 43040



U.S.D.C.
Southern District of Ohio / Western Division
Federal Building + Courthouse
200 W. Second St., Room 712
Dayton, OH 45402

RECEIVED
MAY -3 2024
RICHARD W. NAGEL,
CLERK OF COURT DAYTON, OH

45402-147287